HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA DISMUKE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NOVITEX ENTERPRISE SOLUTIONS, INC., a Delaware Corporation and PITNEY BOWES INC.,<br><br>　　　　　Defendant. | No. 2:16-cv-00827<br><br>STIPULATED MOTION AND [~~PROPOSED~~] VOLUNTARY DISMISSAL WITH PREJUDICE |

## STIPULATION

Under Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss this action with prejudice.

Dated this 18th day of July, 2018.

| | |
|---|---|
| THE BLANKENSHIP LAW FIRM, P.S. | JACKSON LEWIS P.C. |
| /s/ Scott C.G. Blankenship<br>Scott C.G. Blankenship, WSBA #21431<br>Robin J. Shishido, WSBA #45926<br>Attorneys for Plaintiff | /s/ Barry Alan Johnsrud<br>Barry Alan Johnsrud, WSBA #21952<br>Sherry L. Talton, WSBA #42780<br>Attorneys for Defendant |

STIPULATED MOTION & ORDER OF DISMISSAL - 1
(2:16-cv-00827)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice.

DATED this 19th day of July, 2018.

_____
The Honorable Robert S. Lasnik

Presented by:

JACKSON LEWIS P.C.

By /s/ Barry Alan Johnsrud
   Barry Alan Johnsrud, WSBA #21952
   Sherry L. Talton, WSBA #42780
   Attorneys for Defendant

THE BLANKENSHIP LAW FIRM, P.S.

By /s/ Scott C.G. Blankenship
   Scott C.G. Blankenship, WSBA #21431
   Robin J. Shishido, WSBA #45926
   Attorneys for Plaintiff

4824-7286-9993, v. 1

STIPULATED MOTION & ORDER OF DISMISSAL - 2
(2:16-cv-00827)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404